# IN THE SUPREME COURT OF THE STATE OF NEVADA

MONIER RAHALL, AN INDIVIDUAL; TYCHE, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND TYCHE ENTERTAINMENT, LLC, A NEVADA LIMITED LIABILITY,

Appellants,

vs.

JOHN LYNCH, AS TRUSTEE OF THE JOHN LYNCH AND KELLIE FUHR FAMILY TRUST, MEMBER OF TYCHE ENTERTAINMENT, LLC; KELLIE FUHR, AS TRUSTEE OF THE JOHN LYNCH AND KELLIE FUHR FAMILY TRUST, MEMBER OF TYCHE ENTERTAINMENT, LLC; BRENT FUHR, AN INDVIDUAL AND MEMBER OF TYCHE ENTERTAINMENT, LLC; YEHIA AWADA, AN INDIVIDUAL; JOHN LYNCH, JR., AS TRUSTEE FOR THE LYNCH TRUST DATED AUGUST 26, 1997; JULIE LYNCH; MICHAEL LYNCH; PAT LYNCH, AN INDIVIDUAL; VICKI LYNCH, AN INDIVIDUAL; GLENN OHNO, AN INDVIDUAL; TIFFANY OHNO, AN INDIVIDUAL; CHRISTINA ORTIZ, AN INDIVIDUAL; STEPHEN ORTIZ, AN INDIVIDUAL; KEN SHIPALESKY; ARLENE SHIPALESKY; AND LEIGHANN WOLKOWSKI, AN INDIVIDUAL,

Respondents.

No. 67812

**FILED**

MAY 24 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-16277

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. James Crockett, District Judge
      James Jimmerson, Settlement Judge
      Lewis Roca Rothgerber Christie LLP/Las Vegas
      Michael M. Later
      Kung & Brown
      Jerimy Kirschner & Associates, P.C.
      The Law Offices of Patrick Driscoll, LLC
      Eighth District Court Clerk